GERALD W. HALCSIK,

        Plaintiff,

  v.

        Case No. 20-cv-317-pp

GRACE E. KNUTSON,

        Defendant.

## ORDER DISMISSING CASE

On October 27, 2023, the court ordered that by November 30, 2023, the plaintiff must file a written document explaining why the court should not dismiss the case under Civil Local Rule 41(c) (E.D. Wis.) for his failure to diligently pursue it. Dkt. No. 27 at 3. The plaintiff's former counsel had moved to withdraw eighteen months earlier, on April 22, 2022, because he had not heard from the plaintiff since October 2021. Dkt. No. 19. The plaintiff never filed a response to the defendant's motion to dismiss the amended complaint, dkt. no. 24, or the defendant's motion to dismiss for failure to prosecute, dkt. no. 26.

The court learned that the plaintiff was incarcerated at the Racine County Jail and sent its October 27 order to the plaintiff there. The order was not returned as undeliverable and the "Racine County Inmate Search" website indicates that as of the date of this order, the plaintiff remains incarcerated there. rcj-web.goracine.org. The court has no reason to believe that the plaintiff

did not receive its October 27 order. Although the court warned the plaintiff that it would dismiss the case if it did not receive his written explanation to the order to show cause by the end of the day on November 30, 2023, the plaintiff has failed to respond. As the court informed the plaintiff it would do in the October 27, 2023 order, the court will dismiss the case.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE** under Civil Local Rule 41(c) (E.D. Wis.) for lack of diligence. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 27th day of December, 2023.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**